PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED
2007 FEB -6 A 8:56
U.S. DISTRICT COURT

# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Jamil Mohammad

Crim #:3:06CR00205(SRU)

Re: **Early Termination of Supervision**

On **December 13, 2005,** the above named was placed on **SUPERVISED RELEASE** for a period of **three years**. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Paul Collette
Senior U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this _5TH_ day of _February_, 2007.

_____
The Honorable Stefan R. Underhill
United States District Court Judge